August 28, 2009

Mr. Edward C. Snyder III
Castillo Snyder, P.C.
300 Convent Street, Suite 1020
San Antonio, TX 78205
Ms. Renee Forinash McElhaney
Cox Smith Matthews Incorporated
112 E Pecan Street, Suite 1800
San Antonio, TX 78205

RE: Case Number: 07-0815
 Court of Appeals Number: 13-06-00617-CV
 Trial Court Number: C-2781-04-C

Style: INTERCONTINENTAL GROUP PARTNERSHIP
 v.
 KB HOME LONE STAR L.P.

Dear Counsel:

 Today the Supreme Court of Texas issued opinions the above-referenced
cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinions by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Laura |
| |Hinojosa |